IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JACK M. LIEFFORT, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:10-cv-44 |
| | ) |
| vs. | ) |
| | ) CIVIL COMPLAINT AND JURY |
| Canadian Pacific, d/b/a | ) TRIAL DEMAND |
| Dakota Minnesota and Eastern Railroad | ) |
| Corporation and Canadian Pacific, d/b/a Iowa, | ) |
| Chicago and Eastern Railroad; Dakota | ) |
| Minnesota and Eastern Railroad and Iowa, | ) |
| Chicago and Eastern Railroad, | ) |
| | ) |
| Defendants. | ) |

COMES NOW Plaintiff, Jack M. Lieffort, by and through his undersigned counsel, bring this action for damages against Defendants, Canadian Pacific, d/b/a Dakota Minnesota and Eastern Railroad Corporation and Canadian Pacific, d/b/a Iowa, Chicago and Eastern Railroad, Dakota Minnesota and Eastern Railroad Corporation and Iowa, Chicago and Eastern Railroad and states as follows:

## NATURE OF CAUSE OF ACTION

1. This is an action brought under the provisions of Title 45, Sections 1-60 of the United States Code, regulations promulgated under the authority of those sections, and other federal railroad safety laws which have been incorporated therein by decision, of which Sections 1 through 60 are commonly known and referred to as the Federal Employers' Liability Act, and under the terms of that Act this Court has jurisdiction, pursuant to 45 U.S.C. § 56 and 28 U.S.C. § 1331.

1

## PARTIES

2. Plaintiff Jack M. Leiffort is and was at all relevant times an adult resident, citizen of Savanna, Illinois.

3. At all times herein mentioned Defendants were corporations engaged in the business of owning, maintaining and operating a line and system of railroad which extended in part through the main line track in Clinton, Iowa.

## JURISDICTION AND VENUE

4. The matter in controversy in this civil action exceeds the sum or value of $75,000, exclusive of costs and interests, as to each Defendant.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 and pursuant to 45 U.S.C. § 56 and 28 U.S.C. § 1331, because Defendants were interstate carriers by rail and were engaged in interstate transportation and commerce.

6. At the time of the occurrence for which this action is brought, Plaintiff was employed by the Defendants herein as its servant and employee and part or all of Plaintiff's duties were in the furtherance of interstate commerce or directly, closely and substantially affected interstate commerce.

7. Both Plaintiff and his employer, the Defendants herein, were engaged in interstate commerce within the meaning of the Federal Employers' Liability Act and their mutual rights and liabilities were governed and controlled by that Act at the time of the occurrence for which this action is commenced.

8. On or about May 16, 2007, at approximately 3:30 p.m., Plaintiff was engaged in performing the duties of his employment, in or about the Defendants' main line track in Sabula,

Iowa.

9. Plaintiff received medical treatment for his injuries, in part, in Clinton, Iowa.

10. At the time and place aforementioned, Plaintiff was caused to suffer injuries to his left leg, hip, and his body.

11. At the time and place aforesaid, Defendants, by and through their agents and employees, were then and there guilty of negligence in violation of the Federal Employers' Liability Act, Title 45, Section 51-60 of the United States Code:

12. The negligence of Defendants in whole or in part contributed to injure Plaintiff, both externally and internally, in and about his left leg, hip, and his body with resultant past, present and future pain, suffering, discomfort, physical impairment, anxiety, total disability, permanent partial disability, diminution of earning capacity, loss of enjoyment of living, medical and hospital expense, wage and benefit loss, and mental and emotional distress injury some of which conditions are permanent in nature.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in his favor against Defendants, and each of them as follows:

a. Economic and non-economic damages in excess of $75,000 as to each Defendant as provided by law and to be supported by the evidence at trial;

b. Loss of wages and benefits in the past and loss of future wages and earning capacity in the future;

c. Reasonable and necessary medical and other health care related expenses in the past and future;

d. Physical pain and suffering in the past and future;

e. Physical impairment in the past and future;

f. Mental anguish in the past;

h. Mental anguish that in reasonable probability will be suffered in the future;

i. Exemplary and punitive damages;

j. Costs of court;

k. Attorneys' fees;

l. Prejudgment and post judgment interest; and

m. Such other legal and equitable relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff requests a trial by jury.

Dated: March 23, 2010

LARRY HELVEY LAW FIRM

By *Larry D. Helvey*
Larry D. Helvey AT0003424
2720 First Avenue N.E, Suite 110
Cedar Rapids, Iowa 52402
Telephone: 319-362-0421
Facsimile: 319-362-3496
E-mail: lhelvey@helveylaw.com

INGEBRITSON, MOYERS & ROOS
 Charles T. Hvass, Jr.
825 Nicollet Mall, Suite 1025
Minneapolis, MN 55402
Telephone: 612-340-8290
Facsimile: 612-342-2990
E-Mail: chvass@aol.com

ATTORNEYS FOR PLAINTIFF